Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ALBERT ZADIG, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CLARENCE H. FAY and BENJAMIN G. GLOVER, as Substituted Trustees, etc., of JOHN CROMWELL, Deceased, Respondents, v. ANNE F. MOEHLENPAH, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE BRASS RAIL, INC., Respondent, v. JACK STARK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ZIMDORF REALTY CO., INC., Appellant, v. THOMAS P. SINNOTT, Respondent, Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PARAMOUNT HOTEL CORPORATION, Respondent, Appellant, v. HARDWOOD PRODUCTS CORPORATION, Appellant, Respondent.— Order so far as appealed from modified so as to allow defendant to examine plaintiff's president as to items 17, 18, 19 and 20 of defendant's motion for examination before trial, and in all other respects affirmed, with costs to the defendant. No opinion. Verified bill of particulars to be served within ten days from service of order. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

DORIAN HOLDING AND TRADING CORPORATION, Respondent, v. BRUNSWICK TERMINAL AND RAILWAY SECURITIES COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ANNIE CATHERINE FISHER, as Administratrix, etc., of CHARLES N. SMITH, Deceased, Appellant, v. BENJAMIN WEIL and LOUIS V. WEIL, as Executors, etc., of JONAS WEIL, Deceased, and BERNHARD MAYER, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied as to items 3 and 4. No opinion. The bill of particulars to be served within ten days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

KATHERINE ENNIS, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE STEEL PRODUCERS EXPORT CORPORATION, Appellant, v. CHASE SECURITIES CORPORATION, Respondent, Impleaded with Another, Defendant.— Order modified by allowing examination as to item 3, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the exami-